UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEAH JONES,

        Plaintiff,        Case No. 16-CV-13064

vs.        HON. GEORGE CARAM STEEH
        MAG. JUDGE ELIZABETH STAFFORD

EQUITYEXPERTS.ORG, LLC,
A Michigan Limited Liability Company,

        Defendant.
_____/

## J U D G M E N T

The above entitled matter has come before the court on plaintiff's motion for summary judgment, and in accordance with the court's order denying that motion and granting dismissal of the complaint entered this date,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendant.

        DAVID J. WEAVER
        CLERK OF THE COURT

        By:    s/Marcia Beauchemin
                 Deputy Clerk

Dated: January 3, 2018

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 3, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk